**No. 11-5930. Maria de Lourdes Cantu, Petitioner v. United States.**

565 U.S. 925, 132 S. Ct. 357, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 6846.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 426 Fed. Appx. 253.

**No. 11-5931. Calvin Moore, Petitioner v. United States.**

565 U.S. 925, 132 S. Ct. 357, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 7056.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 435 Fed. Appx. 125.

**No. 11-5935. Jimmy Zavala, Petitioner v. United States.**

565 U.S. 925, 132 S. Ct. 357, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 6883.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5938. Erwin Bernard Redding, Petitioner v. United States.**

565 U.S. 925, 132 S. Ct. 358, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 7079.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 192.

**No. 11-5949. James Tyler Allen, Petitioner v. United States.**

565 U.S. 925, 132 S. Ct. 358, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 6778.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 231.

**No. 11-5955. Shawn Kearns, Petitioner v. United States.**

565 U.S. 925, 132 S. Ct. 358, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 7082.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 350.

**No. 11-5959. Noah Moore, Jr., Petitioner v. United States.**

565 U.S. 925, 132 S. Ct. 358, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 6799.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5964. Joel Lopez, Sr., Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 358, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 7066.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 426 Fed. Appx. 260.

**No. 11-5966. Henry Uliomereyon Jones, Petitioner v. United States.**

565 U.S. 926, 132 S. Ct. 358, 181 L. Ed. 2d 226, 2011 U.S. LEXIS 6752.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 670.